# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** | 26-5059

**Case Name** | Ted Entertainment, Inc. v. Saber et al.

**Counsel submitting this form** | Rom Bar- Nissim

**Represented party/parties** | Ted Entertainment, Inc.

*Briefly describe the dispute that gave rise to this lawsuit.*

This dispute concerns a claim of copyright infringement of Ted Entertainment, Inc.'s copyrighted work Content Nuke: Hasan Piker ("The Nuke") against Alexandra Marwa Saber p/k/a Denims ("Denims"). The Nuke is a one hour and forty minute tragi-comic documentary of the online streamer Hasan Piker. Denims hosted a watch party of The Nuke that commercially exploited the work in its entirety one-minute after The Nuke's much anticipated release.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**        *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The district court granted Denims' motion for judgment on the pleadings based on fair use. The main issues on appeal is whether the district court's determination of fair use - particularly on a motion for judgment on the pleadings - was proper. The subsidiary issues are: (1) was the extent and structure of Denims' commentary sufficiently and consistently transformative to justify commercially exploiting The Nuke in its entirety immediately after its release; (2) was the amount and substantiality of Denims' use reasonably necessary in light of her use; and (3) did the viewers of Denims' watch party treat her use as a substitute for watching the original - particularly in light of the moderators of the subreddit of r/H3Snark advertising Denims' watch party as a substitute.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Currently, the underlying case is closed. The Doe defendants (who are the moderators of the subreddit r/H3Snark who face claims of contributory copyright infringement) have initiated two appeals of the denial of their motion to quash in the miscellaneous action titled: In re Subpoenas to Reddit, Inc. and Discord, Inc. (N.D. Cal. Case No. 3:25-mc-80296-SK). One appeal is a petition for writ of mandamus titled: In re Doe Defendants (9th Cir. Case No. 26-3513). The other is an appeal based on a notice of appeal titled: Ted Entertainment, Inc. v. Doe Defendants (9th Cir. Case No. 26-3553).

**Signature** s/Rom Bar-Nissim          **Date** 8/7/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

2