# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 17. Statement of Related Cases Pursuant to Circuit Rule 28-2.6

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form17instructions.pdf*

**9th Cir. Case Number(s)** | 26-5059

The undersigned attorney or self-represented party states the following:

○ I am unaware of any related cases currently pending in this court.

○ I am unaware of any related cases currently pending in this court other than the case(s) identified in the initial brief(s) filed by the other party or parties.

◉ I am aware of one or more related cases currently pending in this court. The case number and name of each related case and its relationship to this case are:

In re Doe Defendants (Case No. 26-3513): Petition for Writ of Mandam Doe Defendants from denial of their motion to quash in the miscellaned action titled: In re Subpoenas to Reddit, Inc. and Discord, Inc. (N.D. Ca Case No. 3:25-mc-80296-SK). The Doe Defendants are alleged to have engaged in contributory copyright infringement in the underlying action the present appeal.

Ted Entertainment, Inc. v. Doe Defendants (Case No. 26-3553): In add the appeal described above, the Doe Defendants also initiated as sepa appeal of the same order by filing a notice of appeal.

**Signature** | s/Rom Bar-Nissim    **Date** | 8/7/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 17**      *New 12/01/2018*