UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TED ENTERTAINMENT, INC., a
California corporation,

          Plaintiff - Appellant,

  v.

ALEXANDRA MARWA SABER, FKA
Marwa Talatt Abdelmonem, other Denims,

          Defendant - Appellee,

DOES,

          Defendants.

No. 26-5059

D.C. No.
2:25-cv-05564-WLH-PD
Central District of California,
Los Angeles

ORDER

In addition to all other issues the parties wish to raise in their briefs, the parties must address whether this court has jurisdiction over this appeal. *See Galaza v. Wolf*, 954 F.3d 1267, 1272 (9th Cir. 2020) ("[W]hen a party that has suffered an adverse partial judgment subsequently dismisses any remaining claims without prejudice, and does so without the approval and meaningful participation of the district court, this court lacks jurisdiction under 28 U.S.C. § 1291.").

The existing briefing schedule remains in effect.

                    FOR THE COURT:

                    MOLLY C. DWYER
                    CLERK OF COURT