FILED

OCT 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: DOE DEFENDANTS.

---

DOE DEFENDANTS,

Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

Respondent,

TED ENTERTAINMENT, INC.,

Real Party in Interest.

No. 26-3513

D.C. No.
3:25-mc-80296-SK
Northern District of California,
San Francisco

ORDER

TED ENTERTAINMENT, INC.,

Plaintiff - Appellee,

v.

DOE DEFENDANTS,

Movants - Appellants.

No. 26-3553

D.C. No.
3:25-mc-80296-SK
Northern District of California,
San Francisco

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ALEXANDRA MARWA SABER, FKA Marwa Talatt Abdelmonem, other Denims,<br><br>Defendant - Appellee,<br><br>DOES,<br><br>Defendant. | No. 26-5059<br><br>D.C. No.<br>2:25-cv-05564-WLH-PD<br>Central District of California,<br>Los Angeles |

Before: W. FLETCHER, DESAI, and DE ALBA, Circuit Judges.

The motions (Docket Entry No. 22 in No. 26-3513; Docket Entry No. 19 in No. 26-3553) to dismiss petition No. 26-3513 and appeal No. 26-3553 as moot or to stay appellate proceedings are referred to the panel assigned to decide the merits of these cases.

The motion (Docket Entry No. 11 in No. 26-5059) to dismiss appeal No. 26-5059 for lack of jurisdiction is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening briefs in Nos. 26-3553 and 26-5059 are due November 23, 2026. The answering briefs in Nos. 26-3553 and 26-5059 are due December 23,

2026. The optional reply briefs in Nos. 26-3553 and 26-5059 are due 21 days after the answering briefs are served.

The clerk will calendar these cases together.